IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANETTE KAMERY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WHALEN FURNITURE MANUFACTURING, INC., a California corporation; and WHALEN LLC, a California limited liability company,<br><br>Defendants. | 4:19CV3032<br><br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on Plaintiff's motion for dismissal with prejudice (Filing 57). Plaintiff requests that each party pay their own costs and attorney's fees. Defendants have not opposed the motion within the time prescribed by the court's local rules.[1] The court finds that the motion should be granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED:

1. Plaintiff's motion for dismissal with prejudice (Filing 57) is granted.

2. Judgment shall be entered by separate document.

Dated this 5th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] The parties were instructed to file a joint stipulation. See Filing 52.